1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| WALTER ZELHOFER, | Case No. 2:16-cv-00773-TLN-AC |
| Plaintiff, | Magistrate Judge Allison Claire |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE HEARINGS ON (1) PLAINTIFF'S MOTION TO AMEND COMPLAINT, (2) PLAINTIFF'S MOTION TO REMAND THE CASE, AND (3) DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO STRIKE** |
| METROPOLITAN LIFE INSURANCE COMPANY and TECHNICOLOR USA INC., | |
| Defendants. | |
| | New Hearing Date: July 27, 2016<br>Hearing Time: 10:00 a.m.<br>Courtroom: 26 |

Having reviewed the Stipulation of Plaintiff Walter Zelhofer and Defendants Metropolitan Life Insurance Company and Technicolor USA Inc. requesting a continuance of the hearings on (1) Plaintiff's Motion to Amend the Complaint, (2) Plaintiff's Motion to Remand the Case, and (3) Defendants' Motion to Dismiss Plaintiff's Complaint and Motion to Strike, and for good cause shown, IT IS HEREBY ORDERED that the hearing on the three motions be continued from June 29, 2016 to July 27, 2016, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: June 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1