1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ZELHOFER,<br><br>      Plaintiff,<br><br>   vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and TECHNICOLOR USA INC.,<br><br>      Defendants. | Case No. 2:16-cv-00773-TLN-AC<br><br>(Honorable Magistrate Judge Allison Claire)<br><br>**[~~PROPOSED~~] ORDER CONTINUING RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:   March 7, 2016 |

1  This Court has considered the Parties' Stipulation to Continue Defendants' Deadline to Respond to Plaintiff's First Amended Complaint.

Good cause appearing therefore, this Court grants the Parties' Stipulation and orders that the deadline for Defendants to respond to the First Amended Complaint be continued from November 14, 2016 to December 5, 2016.

**IT IS SO ORDERED.**

Dated:  November 14, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE