1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 WALTER ZELHOFER, | No. 2:16-cv-0773 TLN AC PS |
| 12     Plaintiff, | |
| 13   v. | ORDER |
| 14 METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| 15     Defendants. | |

Plaintiff filed a Motion for Summary Judgment, ECF No. 67, before defendants had answered the complaint. Plaintiff has since filed a Motion for Hearing, ECF No. 73, in an attempt to notice his summary judgment motion for hearing on the court's law and motion calendar.

A motion for summary judgment is premature. A Status (Pretrial Scheduling) Conference will be held in this case on March 7, 2018. See ECF No. 72. Each party's Status Report is due no later than February 21, 2018. A Discovery and Scheduling Order will issue after the Status Conference, which will set litigation deadlines including deadlines for discovery and for dispositive pretrial motions. The scheduling of such motions, and the proper procedure for noticing motions for hearing pursuant to Local Rule 230, will be addressed at the Status Conference.

////

1

Accordingly, in light of the present procedural posture of the case, plaintiff's motion for summary judgment, ECF No. 67, is DENIED without prejudice as premature and plaintiff's motion for hearing, ECF No. 73, is DENIED as moot.

IT IS SO ORDERED.

DATED: February 5, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE