# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ZELHOFER, | No. No. 2:16-cv-0773 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | |
| Defendants. | |

The court is in receipt of plaintiff's motion entitled "Motion for order to show cause and Motion for continuation on response," ECF No. 76, relating to alleged improper service of defendants' Answer. The status conference set for March 7, 2018 will address matters including service of process. The parties are reminded to file status reports (if possible, a joint status report) fourteen days prior to the hearing. See ECF No. 72. The court will deny the instant motion as premature.

Accordingly, IT IS HEREBY ORDERED that the "Motion for order to show cause and Motion for continuation on response," ECF No. 76, is DENIED as premature.

IT IS SO ORDERED.

DATED: February 20, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE