UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ZELHOFER,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. 2:16-cv-0773 TLN AC PS<br><br><br><br>ORDER |

    Plaintiff has filed a motion for continuance on discovery and law and motion deadlines. ECF No. 97. Accordingly, IT IS HEREBY ORDERED that defendants shall file a response no later than 7 days from the date of this order.

DATED: June 13, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE