UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ZELHOFER,<br><br>  Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>  Defendants. | No. 2:16-cv-0773 TLN AC<br><br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that all parties shall appear before the undersigned on July 20, 2018, at 10:00 a.m. in Courtroom 26 for a further scheduling conference. The parties shall be prepared to discuss why this case should not be decided on cross-motions for summary judgment. See Brown v. Baker Hughes Inc., 433 F. Supp. 2d 1094, 1100 (E.D. Cal. 2006) ("In a case governed by ERISA, a summary judgment motion is the vehicle for the trial court to review the propriety of the benefit decision."). If defendant maintains its previously-stated position that summary adjudication is inappropriate, counsel shall be prepared to identify authority for its position.

////

////

////

Any party wishing to appear telephonically may make the necessary arrangements by contacting the undersigned's courtroom deputy, Valerie Callen at (916) 930-4199.

IT IS SO ORDERED.

DATED: July 16, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE