# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ZELHOFER,<br><br>        Plaintiff,<br><br>        vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and TECHNICOLOR USA INC.,<br><br>        Defendants. | Case No. 2:16-cv-00773-TLN-AC<br><br>(Hon. Magistrate Judge Allison Claire)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>Trial:<br>Date: January 28, 2019<br>Time: 9:00 a.m.<br>Crtrm: 2 - 15th Floor - Sacramento<br><br>Complaint Filed: March 7, 2016 |

HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# [PROPOSED] ORDER

Pursuant to the Defendants' Request to file the Administrative Record under seal, and for good cause appearing, the Administrative Record (AR 000001 through AR 001149) shall be filed under seal to prevent the disclosure of Plaintiff Walter Zelhofer's personal data identifiers and other private information.

**IT IS SO ORDERED.**

DATED: August 3, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800